# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES THOR KIRK,

    Plaintiff,

v.                                                                                                                    No. CV 22-106 JB/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** comes before the Court on Plaintiff James Thor Kirk's *Wrongful Death Complaint*, (Doc. 1). To prosecute this case, Mr. Kirk must prepay the $402 civil filing fee, or alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order. *See* 28 U.S.C. § 1915(a)(2). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for the six-month period preceding the filing of this case. All filings must include the case number (22-cv-0106 JB-CG). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that by **June 17, 2022**, Mr. Kirk must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement; and the Clerk's Office shall **MAIL** Mr. Kirk a blank *in forma pauperis* motion.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE